ADAM PAUL LAXALT
  Attorney General
JARED M. FROST (Bar No. 11132)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
555 East Washington Avenue
Suite 3900
Las Vegas, Nevada  89101
(702) 486-3177 (phone)
(702) 486-3773 (fax)
Email:  jfrost@ag.nv.gov

*Attorneys for Defendants Eduardo Serna
and Cornelius Finley*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL SAMPLE,<br><br>                    Plaintiff,<br><br>v.<br><br>FINLEY, *et al.*,<br><br>                    Defendants. | Case No.  2:16-cv-00102-JAD-GWF<br><br>**DEFENDANTS' MOTION TO<br>EXTEND THE STAY FOR<br>SETTLEMENT PURPOSES**<br><br>**(First Request)** |

Defendants Eduardo Serna and Cornelius Finley, by and through counsel, Adam Paul Laxalt, Nevada Attorney General, and Jared M. Frost, Senior Deputy Attorney General, of the State of Nevada, Office of the Attorney General, hereby moves this Court to extend the stay for an additional thirty (30) days for settlement purposes.

On June 20, 2016, the Court issued an order staying the case for ninety (90) days so that the parties could participate in an early mediation conference. ECF No. 3. The stay is currently set to expire on September 20, 2016.

On September 16, 2016, the parties reached an agreement to fully resolve this matter. *See* ECF No. 7 (minutes of proceedings). However, the parties need additional

1   time to execute a binding settlement agreement and to file a stipulation to dismiss the

2   case so that Plaintiff is not prematurely charged the filing fee. Therefore, Defendants

3   request that the stay be extended for an additional thirty (30) days.

4          DATED this 20th day of September, 2016.

5                                          ADAM PAUL LAXALT
                                           Attorney General
6

7                                          By:     /s/  Jared M. Frost
                                                   JARED M. FROST (Bar No. 11132)
8                                                  Senior Deputy Attorney General

9                                          *Attorneys for Defendants*

10

11

12

13  IT IS SO ORDERED.

14

15                                         DATED _____September 21_____ ___, 2016.

16

17

18                                         _____
                                           UNITED STATES MAGISTRATE JUDGE
19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on September 20, 2016, I electronically filed the foregoing document via this Court's electronic filing system.  Parties that are registered with this Court's electronic filing system will be served electronically.  For those parties not registered, service was made by depositing a copy for mailing in the United States Mail, first-class postage prepaid, at Las Vegas, Nevada to the following:

Michael Sample, NDOC #51854
Southern Desert Correctional Center
P.O. Box 208
Indian Springs, Nevada  89070
*Plaintiff, Pro Se*

/s/ Carol A. Knight
CAROL A. KNIGHT, an employee of
the Office of the Nevada Attorney General